**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**FRANKLIN G. GUMPERT, SBN 66051**
**CAULFIELD LAW FIRM**
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile:  (916) 605-4075
andrew@caulfieldlawfirm.com

**Attorneys for Defendant**
**County of El Dorado**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Kevin Cairns, Nancy Cairns,<br><br>           Plaintiffs,<br><br>     v.<br><br>County of El Dorado; and Does 1 through 50, inclusive.<br><br>           Defendants. | Case No.  2:15-cv-00814-MCE-CKD<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Plaintiffs Kevin Cairns and Nancy Cairns ("Plaintiffs") and Defendant County of El Dorado ("the County") (collectively, "the Stipulating Parties"), by and through their undersigned counsel of record, hereby request an extension of time to file their Joint Status Report.  The Stipulating Parties further stipulate and request as follows:

   **1.**     **WHEREAS**, the Joint Status Report is currently due to be filed on or before August 24, 2015.

   **2.**     **WHEREAS**, the Motion to Dismiss Plaintiffs' Complaint [Dkt. 7] has been taken under submission by this Court, pursuant to the Court's Minute Order of August 13, 2015 [Dkt. 10].

//

**3.** **WHEREAS**, the parties recognize that the ruling on the Motion to Dismiss will impact the future course of this litigation.

**4.** **WHEREAS**, in order to save resources of the Stipulating Parties and the Court, the Stipulating Parties stipulate and request that the Court continue the time within which to file the Joint Status Report from August 24, 2015 to October 26, 2015.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

**1.** The Joint Status Report shall be filed on or before October 26, 2015.

**IT IS SO STIPULATED.**

Dated: August 19, 2015         **CAULFIELD LAW FIRM**

                               By:  /s/ Andrew T. Caulfield
                                    Andrew T. Caulfield
                                    Attorneys for Defendant
                                    County of El Dorado


DATED: August 14, 2015         WATTS LAW OFFICES

                               By: /s/ Douglas E. Watts
                                   Douglas E. Watts
                                   Attorneys for Plaintiffs Kevin and Nancy
                                   Cairns


**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2015

                               _____
                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                               UNITED STATES DISTRICT COURT