**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**FRANKLIN G. GUMPERT, SBN 66051**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant**
**County of El Dorado**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Kevin Cairns, Nancy Cairns, | Case No.  2:15-cv-00814-MCE-CKD |
| Plaintiffs, | *AMENDED* **STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |
| v. | |
| County of El Dorado; and Does 1 through 50, inclusive. | |
| Defendants. | |

Plaintiffs Kevin Cairns and Nancy Cairns ("Plaintiffs") and Defendant County of El Dorado ("the County") (collectively, "the Stipulating Parties"), by and through their undersigned counsel of record, hereby request an extension of time to file their Joint Status Report.  The Stipulating Parties further stipulate and request as follows:

**1.**  **WHEREAS**, the Joint Status Report is currently due to be filed on or before October 26, 2015.

**2.**  **WHEREAS**, the Motion to Dismiss Plaintiffs' Complaint [Dkt. 7] has been taken under submission by this Court, pursuant to the Court's Minute Order of August 13, 2015 [Dkt. 10].

///

**3.**     **WHEREAS**, the parties recognize that the ruling on the Motion to Dismiss will impact the future course of this litigation.

3.     **WHEREAS**, the Court previously stipulated to a similar extension for the same reasons [Dckt. No. 12].

**4.**     **WHEREAS**, in order to save resources of the Stipulating Parties and the Court, the Stipulating Parties stipulate and request that the Court continue the time within which to file the Joint Status Report from October 26, 2015 to January 26, 2016 to allow time for the Court to rule on the pending Motion to Dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

**1.**     The Joint Status Report shall be filed on or before January 26, 2016.

**IT IS SO STIPULATED.**

Dated: November 6, 2015          **CAULFIELD LAW FIRM**

By:   /s/ Andrew T. Caulfield
       Andrew T. Caulfield
       Attorneys for Defendant
       County of El Dorado

DATED:  October 23, 2015          WATTS LAW OFFICES

By: /s/ Douglas E. Watts
     Douglas E. Watts
     Attorneys for Plaintiffs Kevin and Nancy Cairns

**ORDER**

Pursuant to the foregoing stipulation, the Joint Status Report shall be filed on or before January 26, 2016.

IT IS SO ORDERED.

Dated:  November 6, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT